1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607
4  Tel. 510-637-3500

5  Counsel for Defendant FOSTER

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )  No.  CR 06-00363-DLJ
12                 Plaintiff,        )       CR 98-40190-DLJ
                                     )       CR 03-40042-DLJ
13       v.                          )
                                     )
14                                   )
                                     )  STIPULATION FOR CONTINUANCE
15 PATRICK GREGORY FOSTER,           )  OF SENTENCING; **ORDER**
                                     )
16                 Defendant.        )

17

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

19 SENTENCING HEARING date of October 12, 2007, scheduled at 10:00 a.m., before the Honorable

20 D. Lowell Jensen, be vacated and reset for October 19, 2007 at 10:00 a.m.

21      The reasons for this continuance are as follows:  The defense has one additional out-of-state

22 witness to speak with, and hopefully acquire a statement from, before sentencing.

23

24

25

26 //

- 1 -

The Probation Officer has been consulted and does not object to the suggested date.

DATED:   October 11, 2007                                        /S/
_____
KESLIE STEWART
Assistant United States Attorney

DATED:   October 11, 2007
                                                                           /S/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the SENTENCING HEARING date of October 12, 2007, scheduled at 10:00 a.m, be vacated and reset for October 19, 2007 at 10:00 a.m.

Date: October 12, 2007                            _____
                                                                  HON. D. LOWELL JENSEN
                                                                  UNITED STATES DISTRICT JUDGE

- 2 -